Bruce W. Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421 West Linn, OR 97068
503-621-6633
Attorney for plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **PAULA JOHNSEN,** | Case No. 6:22-cv-00002-HZ |
| **Plaintiff,** | |
| v. | **ORDER - EAJA** |
| **COMMISSIONER,** of Social Security Administration, | |
| **Defendant.** | |

Plaintiff prevailed, the parties have stipulated to this fee and to the reimbursement of costs, and it is therefore ORDERED that Defendant shall pay an attorney fee under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $7,473.00, and shall pay $402.00 to reimburse plaintiff's costs. It is further ORDERED that, if there is no offsetable debt under *Astrue v. Ratliff,* 560 U.S. 586 (2010), Defendant shall pay the fee and costs directly to Plaintiff's attorney, by check(s) made payable to Bruce Brewer, and shall send them to Plaintiff's attorney at his business

1-ORDER (EAJA)

address: PO Box 421, West Linn, OR 97068.  If offsetable debt exists pursuant to *Ratliff*, then it is ORDERED that the check(s) for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

    It is so ORDERED this  __25__ , day of September, 2023.

                                                          */s/ Marco Hernandez*_____
                                                          The Honorable Marco A. Hernandez
                                                          U.S. District Court Judge
                                                          District of Oregon

Prepared by:
Bruce Brewer OSB #925581
PO Box 421
West Linn, OR 97068
503-621-6633

2-ORDER (EAJA)